WILLIAM I. T. FOSDICK, as Assignee of JOSEPH S. MULRONEY, Respondent, *v.* METAL SHELTER CO., INC., Appellant.

*Mulroney* v. *Metal Shelter Co., Inc.*, 178 App. Div. 914, affirmed.
(Argued April 3, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 8, 1917, affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for judgment on the pleadings. The complaint alleged that on or about February 3, 1916, the defendant agreed to settle three claims, which the plaintiff was then asserting against it, by paying to the plaintiff $500 in cash and delivering to him four of its promissory notes for $250 each, payable June 3, July 3, August 3 and September 3, 1916; that the plaintiff performed his part of the contract; and that the defendant paid the cash but refused to deliver the notes.

*Carroll G. Walter* and *William B. Denton* for appellant.
*Charles W. Culver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ. Dissenting: CARDOZO and CRANE, JJ.